UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK LAUNCELOT OLMS, JR.,

Plaintiff,

v. Case No. 2:26-cv-2540-KCD-NPM

WARDEN SHANE BAKER and
LIEUTENANT STEWART,

Defendant.
_________________________________/

**ORDER**

Plaintiff Frank Launcelot Olms, Jr. initiated this case by filing a *pro se* civil rights complaint. (Doc. 1.) Olms generally alleged that his outgoing emails were being unlawfully censored. (*Id.*) The Court directed Olms to either pay the filing fee or file proof of indigency by October 30, 2025. (Doc. 5.) The Court cautioned Olms that this case would be dismissed without further notice for failure to prosecute if he did not timely comply. (*Id.*)

Olms has not complied with the order nor asked for more time to do so. The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Olms may file a new complaint—under a new case number—along with the filing fee or motion to proceed *in forma pauperis*.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment in favor of Defendant, deny any pending motions as moot, terminate any deadlines, and close this case.

**ENTERED** in Fort Myers, Florida on November 13, 2026.

Kyle C. Dudek
United States District Judge